IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-10599
Summary Calendar
_____

D.C. Docket No. 3:11-CV-2607

United States Court of Appeals
Fifth Circuit

**FILED**
July 6, 2015

Lyle W. Cayce
Clerk

TERESA WARD COOPER,

    Plaintiff - Appellant

v.

DALLAS POLICE ASSOCIATION,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before PRADO, OWEN, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Aug 21, 2015**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**